IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

       Plaintiff,

  vs.

UPS STORE,

       Defendant.

                                /

No. 2:08-cv-02125-MCE-DAD PS

ORDER

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On September 16, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. On September 30, 2008, the findings and recommendations were re-served on plaintiff at her last known address. The time period has now expired and plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 16, 2008, are adopted in full;

2. Plaintiff's September 10, 2008 application to proceed in forma pauperis (Doc. No. 2) is denied; and

3. This action is dismissed with prejudice for lack of subject matter jurisdiction.

Dated: November 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE